**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN DOE subscriber assigned IP address 73.160.162.60,<br><br>          Defendant. | Case No. 1:18-cv-14114-JHR-JS<br><br>**NOTICE OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE** |

**TO:   ALL COUNSEL OF RECORD IN THE ABOVE CAPTIONED MATTER**

   **PLEASE TAKE NOTICE** that on January 22, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will move before the Honorable Joel Schneider, U.S.M.J., of the United States District Court for the District of New Jersey, at the

Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, NJ 08101, for an Order granting an extension of time within in which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d)(4), Plaintiff states that no brief is necessary because Plaintiff will rely upon the Certification of John C. Atkin, Esq., to show good cause for the lack of service to date, submitted herewith; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted herewith for the Court's consideration.

DATED: December 17, 2018        Respectfully submitted,

                                              **FOX ROTHSCHILD LLP**

                                              *Attorneys for Plaintiff,*
                                              *Strike 3 Holdings, LLC*

By:    */s/ John C. Atkin, Esq.*
           JOHN C. ATKIN