PAUL H. SCULL, JR., ESQUIRE
Attorney ID#000961996
Law Offices of Paul H. Scull, Jr.
151 N. Broadway, Suite B
Pennsville, New Jersey 08070
(856) 678-0700
Facsimile (856) 678-9366
paul@sculllaw.com
Attorney for Defendant John Doe subscriber assigned IP address 73.160.162.60

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Return Date: January 25, 2019

Hon. Joel Schneider, U.S.M.J.

STRIKE 3 HOLDINGS, LLC,

Case No. 1:18-cv-14114-JHR-JS

Plaintiff, v.

JOHN DOE subscriber assigned IP
address 73.160.162.60,

NOTICE OF MOTION TO QUASH
SUBPOENA

Defendant

TO:

John C. Atkin, Esq.
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311

Comcast (via 866-947-5587)
c/o Legal Response Center
650 Centerton Road
Moorestown, New Jersey 08057

**PLEASE TAKE NOTICE** that on the 25th day of January, 2019, or as soon as counsel may be heard, the undersigned attorneys for defendant shall move before the United States District Court for the District of New Jersey, before the Honorable Joel Schneider, U.S.M.J., at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, for an Order to Quash plaintiffs Rule 45 Subpoena dated July 27, 2018, returnable February 4, 2019, to defendant's internet service provider Comcast pursuant to Fed. R. Civ. P. 45(d)(3); and In support of its motion, defendant will rely upon its accompanying Memorandum of Law and

Declaration of Paul H. Scull, Jr., Esq., together with the accompanying exhibits.

A proposed form of order is submitted.

Any opposition must be served and filed at least fourteen days prior to the return date of this Motion or as set by the Court.

Respectfully submitted,

Dated: December 26, 2018

/s/ Paul H. Scull, Jr., Esquire
Law Office of Paul H. Scull, Jr.
paul@sculllaw.com
Tel: (856) 678-0700
Fax: (856) 678-9366
*Attorneys for Defendant John Doe*